UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Unula Boo Shawn Abebe, # 285447,<br>*aka Unula B. Abebe,*<br><br>                              Plaintiff,<br><br>vs.<br><br>South Carolina Dept. of Corrections,<br><br>                              Defendants. | ) C/A No. 0:11-1298-MBS-PJG<br>)<br>)<br>)<br>)<br>)    Order<br>)<br>)<br>)<br>) |

    This matter is before the court because of the plaintiff's failure to respond to the Court's order entered on June 22, 2011.

    A review of the record indicates that the Magistrate Judge ordered the plaintiff to submit items needed to render the above-captioned case into proper form within twenty-one days, plus three days for mail time, and that if he failed to do so, his case would be dismissed *without prejudice*. The Magistrate Judge's order was sent to the last known address of the plaintiff. The plaintiff has failed to provide the Court with the necessary documents and his time to do so has expired. Accordingly, the above-captioned case must be dismissed *without prejudice* pursuant to FRCP 41.[1] The Clerk of Court shall close this case.

    **IT IS SO ORDERED**.

                                                              /s/ Margaret B. Seymour
                                                             United States District Judge

Columbia, South Carolina
August 2, 2011

**NOTICE OF RIGHT TO APPEAL**

    The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[1] *See* General Order, *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007) (dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g)). If the plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office.